ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND

                                COURT OF APPEALS

                      *    OF MARYLAND
      Petitioner,

v.                            *    Misc. Docket AG No. 30

                                September Term, 2018.

RICHARD MURRAY             *

      Respondent.                   *

## <u>ORDER</u>

This matter having come before the Court on the presentation of a certified copy of an Order of the Virginia State Bar Disciplinary Board dated March 30, 2018, wherein the Respondent, Richard Murray, consented to the revocation of his license to practice law. The Court having considered the Petition, the responses to this Court's Show Cause Order entered October 29, 2018, and the record herein, it this 18th day of January, 2019, by the Court of Appeals of Maryland;

ORDERED, that the Respondent, Richard Murray, be, and he hereby is, disbarred from the practice of law in the State of Maryland, pursuant to Maryland Rule 19-737, for violations of Rules 1.5(a), (b) and (d), 3.3(a), and 8.4(a), (c) and (d) of the Maryland Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Richard Murray from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera

Chief Judge

Suzanne C. Johnson, Clerk